In the Matter of the Application of WALTER B. ELLIS, Appellant, *v.* THE BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Respondent.

*Matter of Ellis* v. *Buffalo, L. & R. Ry. Co.,* 125 App. Div. 111, 904, affirmed.
(Argued May 20, 1908; decided May 26, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 4, 1908, which reversed an order of Special Term

granting an application for an order directing the respondent herein to erect and maintain a crossing under its tracks and dismissed the petition.

*George F. Thompson* for appellant.

*Charles B. Hill* and *Charles G. Signor* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.